IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
TEL: (818) 325-2888 FAX: (818) 325-2890
ireneruzin@earthlink.net

Attorney for Plaintiff, MESYA ALEKSANIAN

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MESYA ALEKSANIAN,<br><br>   Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>   Defendants. | Case No.: CV 12-3014 VAP (MRW)<br><br>[~~PROPOSED~~]  ORDER AWARDING EAJA FEES<br><br><br>HON. MICHAEL R. WILNER<br><br>UNITED STATES MAGISTRATE JUDGE |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of FOUR THOUSAND DOLLARS ($4,000.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: January 15, 2013

_____
HON. MICHAEL R. WILNER
U.S. MAGISTRATE JUDGE